**BUCKEYE INCUBATOR COMPANY and George Cugley v. Ira M. PETERSIME and Ray Petersime, d. b. a. Ira M. Petersime & Son.**

No. 5896.

Circuit Court of Appeals, Sixth Circuit.
Dec. 7, 1932.

Staley & Welch, of Springfield, Ohio, and Andrews & Belden, of Cleveland, Ohio, for appellants.

Toulmin & Toulmin, of Dayton, Ohio, for appellees.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

**David BURNET, Commissioner of Internal Revenue, v. BROWN–CRUMMER COMPANY.**

No. 825.

Circuit Court of Appeals, Tenth Circuit.
March 10, 1933.

C. M. Charest, General Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Elcock & Martin, of Wichita, Kan., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition for review dismissed on motion of petitioner.

**David BURNET, Commissioner of Internal Revenue, v. NEWBLOCK OIL COMPANY OF TEXAS.**

No. 793.

Circuit Court of Appeals, Tenth Circuit.
Jan. 21, 1933.

C. M. Charest, General Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Erwin Bruce Hallett, of New York City, for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition for review dismissed on motion of petitioner.

**BYERS MACHINE COMPANY v. KEYSTONE DRILLER COMPANY.**

No. 6183.

Circuit Court of Appeals, Sixth Circuit.
Nov. 2, 1932.

See, also, 44 F.(2d) 283.

Fay, Oberlin & Fay, of Cleveland, Ohio, for appellants.

Richey & Watts, of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed because not a properly begun and prosecuted appeal within appellate jurisdiction of this court.